# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2220
LT Case No. 2022-CA-251

_____

DUANE HUDSON,

Appellant,

v.

THE HOMEOWNERS ASSOCIATION
of AVALON VILLAGE, INC.,

Appellee.

_____

On appeal from the Circuit Court for Hernando County.
Pamela Stinnette Vergara, Judge.

Brian K. Korte, of Korte & Associates, LLC, Singer Island, for
Appellant.

Gregory S. Grossman, of Frazier & Bowles, Tampa, for Appellee.

June 4, 2024

PER CURIAM.

AFFIRMED.

LAMBERT, JAY, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____